IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PORFIRIA B. ALONZO, | ) | |
| | ) | Case No. 8:09CV21 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation of dismissal and Fed. R. Civ. P. 41(a)(1),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs.

Dated this 14th day of April, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge